JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR08-5477BHS |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO EXTEND INDICTMENT DEADLINE |
| ALFONSO MONROY-TORRES, | ) | |
| Defendant. | ) | |

Upon stipulation of the parties to continue the speedy indictment time to allow counsel to continue to investigate and negotiate this case, and upon the defendant's Waiver of Right to Speedy Indictment, the Court finds that such a continuance would serve the ends of justice, and that the failure to grant such continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, therefore,

//

//

//

//

//

ORDER GRANTING STIPULATED MOTION
TO EXTEND INDICTMENT DEADLINE      – 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

1  IT IS HEREBY ORDERED that the time to file an indictment be continued to October

2  26, 2008. The period of delay resulting from this continuance from July 26, 2008, to

3  October 26, 2008, is hereby excluded for speedy trial purposes under 18 U.S.C.

4  §3161(h)(8)(A) and (B).

5  DONE this 14th day of July, 2008.

6

7

8

9

10  _____

11  BENJAMIN H. SETTLE

12  United States District Judge

13

14

15  Presented by:

16

17

18  /s/ Russell V. Leonard
    Russell V. Leonard
19  Attorney for Defendant

20

21

22  /s/ Michael Dion
    Michael Dion
23  Assistant United States Attorney

24

25

26

ORDER GRANTING STIPULATED MOTION
TO EXTEND INDICTMENT DEADLINE   – 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**